

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| GLORIA G. FLORES, | § | No. 08-20-00184-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| BANK OF AMERICA, N.A., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV0998) |
| | § | |

**O R D E R**

This Court has received and filed the Appellant's notice of automatic stay under Chapter 13 of the Bankruptcy Code. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the Court's docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED this 3rd day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.